NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lowell v. Lyft, Inc.     Docket No.: 24-2948

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Marie N. Appel

Firm: Morgan and Morgan Complex Litigation Group

Address: 711 Van Ness Ave, Suite 500, San Francisco, CA 94102

Telephone: (415) 358-7155    Fax: (415) 358-2037

E-mail: mappel@forthepeople.com

Appearance for: Plaintiff, Harriett Lowell
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jeremiah Frei-Pearson )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 17, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Marie N. Appel

Type or Print Name: Marie N. Appel