# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand twenty-five,

| | |
|---|---|
| Harriet Lowell, individually and on behalf of all others similarly situated, Westchester Disabled on the Move, Inc., | **ORDER**<br>Docket No. 24-2948(L), 24-2984(con) |
| Plaintiff - Appellants-Cross-Appellees, | |
| v. | |
| Lyft, Inc., | |
| Defendant - Appellee-Cross-Appellant. | |

Counsel for APPELLANTS-CROSS-APPELLEES Harriet Lowell, and Westchester Disabled on the Move, Inc. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 20, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellants-Cross-Appellees brief must be filed on or before March 20, 2025. The appeal is dismissed effective March 20, 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court