# 24-2948

## In the United States Court of Appeals for the Second Circuit

HARRIET LOWELL, individually and on behalf of all others similarly situated, WESTCHESTER DISABLED ON THE MOVE, INC.,
*Plaintiffs-Appellants,*

v.

LYFT, INC.,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of New York (White Plains),
Case No. 7:17-cv-6251 (The Hon. Philip M. Halpern)

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF

The plaintiffs-appellants, Harriet Lowell, et al., respectfully request a 39-day extension of time to file their brief, up to and including, September 22, 2025, extended according to FRAP 26(a)(1)(C). The current deadline is August 14, 2025. This is the plaintiffs-appellants' first request for an extension of time on this brief. The defendant-appellee does not oppose this request. There is good cause for this request, as follows:

1

Defendant-Appellee Lyft had initially filed a conditional cross-appeal, and under Local Rule 31.2(a)(1)(C), the plaintiffs-appellants would have sought 60 days to respond to defendant-appellee's brief. However, on July 14, counsel for all parties stipulated to withdraw the conditional cross appeal, which considerably shortened the expected briefing schedule. Before the withdrawal, appellate counsel for the plaintiffs-appellants had planned the coming months based on the longer briefing schedule permitted for cross appeals. Each member of the appellate team has a pre-planned vacation in August, along with a number of other briefing deadlines and arguments set for August and the first half of September. The plaintiffs-appellants therefore request an extension that would allow them the same 60 days that they had planned for under Local Rule 31.2(a)(1)(C).

In addition to pre-planned vacations, counsel for the plaintiffs-appellants have primary responsibility for multiple briefs, as well as for handling other filings and deadlines. Specifically, counsel for the plaintiffs-appellants have:

- An opposition to a motion to dismiss due in the Northern District of California in *Chen v. Bank of America*, No. 4:25-cv-03790-DMR, on August 19, 2025;

- An opposition to a motion to dismiss due in the Southern District of New York in *Chang v. Shen Yun*, No. 24-8980, on August 28, 2025;

2

- A reply brief due in the Ninth Circuit in *Blankinship v. Union Pacific Railroad, Co.*, No. 25-432, on September 5, 2025;

- An oral argument in the First Circuit in *5-Star General Store v. American Express*, No. 25-1023, on September 9, 2025;

- A reply brief due in the Ninth Circuit in *People of the State of California; et al., and State of North Dakota, and State of Georgia v. Meta Platforms, Inc.; et al, and consolidated cases*, No. 24-7032, on September 12, 2025; and

- A respondent's brief due in the Supreme Court of the United States in *Geo Group v. Menocal*, No. 24-758, on September 15, 2025.

Counsel for the defendant-appellee have informed us that they do not oppose this request. No prejudice will result to either party by the granting of the requested extension.

For the foregoing reasons, the plaintiffs-appellants respectfully request a 39-day extension of time to file and serve their brief, to and including September 22, 2025.

Respectfully submitted,
*/s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
ROBERT FRIEDMAN
THOMAS SCOTT-RAILTON
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
matt@guptawessler.com

3

JEREMIAH FREI-PEARSON
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & HARBER, LLP
One North Broadway
Suite 900
White Plains, NY 10601
(914) 298-3281

JOSHUA COTTLE
NICHOLS KASTER, PLLP
4700 ISD Center
80 South 8th Street
Minneapolis, MN 55402
(612) 256-3200

MICHAEL T. HELLMANN
ADA COMPLIANCE SERVICE
27 Fieldstone Drive, Suite 209
Hartsdale, NY 10530
(646) 662-1335

MICHAEL RAM
MARIE NOEL APPEL
MORGAN & MORGAN
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 358-6913

July 30, 2025

*Counsel for Plaintiffs-Appellants*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 431 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

July 30, 2025　　　　　　　　　　　　　　　*/s/ Matthew W.H. Wessler*
　　　　　　　　　　　　　　　　　　　　　Matthew W.H. Wessler

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler